

KEVIN W. WEBER
Director

Gibbons P.C.
One Gateway Center
Newark, New Jersey 07102-5310
Direct: (973) 596-4895 Fax: (973) 639-8372
kweber@gibbonslaw.com

June 12, 2020

**VIA ECF**

Hon. Michael A. Hammer, U.S.M.J.
United States District Court
District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street, Room 2C
Newark, NJ 07101

  Re: **Legal Capital Group, LLC v. Sean R. Callagy et al.**
     **Civil Action No.: 2:20-cv-5124**

Your Honor:

  This law firm represents Defendants Sean R. Callagy, The Law Office of Sean R. Callagy, Esq., LLC, and Callagy Law P.C. (collectively, "Defendants") in the above-referenced matter. Enclosed please find the Stipulation and Proposed Consent Order Extending Defendants' time to answer, move, or otherwise respond to Plaintiff's First Amended Complaint until August 3, 2020.

  All counsel consent to this extension and thus we respectfully request that same be entered. Thank you for Your Honor's kind attention.

  Please contact me if you have any questions or concerns.

          Respectfully submitted,

          Kevin W. Weber

cc: Counsel of Record (*via ECF*)