Lawrence S. Lustberg, Esq.
Kevin W. Weber, Esq.
**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey 07102
(973) 596-4500
*Attorneys for Defendants*
*Sean R. Callagy, The Law Offices of*
*Sean R. Callagy, Esq., LLC, and Callagy Law PC*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| LEGAL CAPITAL GROUP, LLC,<br><br>      Plaintiff,<br><br>v.<br><br>SEAN R. CALLAGY, THE LAW OFFICES OF SEAN R. CALLAGY, ESQ., LLC, and CALLAGY LAW PC,<br><br>      Defendants. | Civil Action No.:<br>2:20-cv-5124 (MCA)(MAH)<br><br>*Document Filed Electronically*<br><br>**STATEMENT PURSUANT TO LOCAL CIVIL RULE 10.1(a)** |

  Pursuant to Local Civil Rule 10.1(a), attached hereto as <u>Exhibit A</u> is a Service List that sets for the names and addresses of each party, as well as counsel for each of the parties, in the above-captioned action.

Dated: August 3, 2020      s/ Kevin W. Weber
    Newark, New Jersey     Kevin W. Weber
                  **GIBBONS P.C.**
                  One Gateway Center
                  Newark, New Jersey 07102
                  Tel: (973) 596-4500
                  Fax: (973) 596-0545
                  kweber@gibbonslaw.com
                  *Attorneys for Defendants*

## Exhibit A

*Legal Capital Group, LLC v. Sean R. Callagy, The Law Offices of*
*Sean R. Callagy, Esq., LLC, and Callagy Law PC*

| **Plaintiff:**<br>Legal Capital Group, LLC<br>Boca Raton, FL<br><br><br><br>**Plaintiff's Counsel:**<br>Christopher J. McHattie, Esq.<br>The McHattie Law Firm, LLC<br>550 West Main Street<br>Boonton, New Jersey 07005<br><br>Clifford S. Robert, Esq.<br>   (*admitted pro hac vice*)<br>Michael Farina, Esq.<br>   (*admitted pro hac vice*)<br>Robert & Robert PLLC<br>526 RXR Plaza<br>Uniondale, New York 11566 | **Defendants:**<br>Sean R. Callagy, The Law Offices of Sean R. Callagy, Esq., LLC, and Callagy Law PC<br><br>650 From Road, Suite 565<br>Paramus, New Jersey 07652<br><br>**Defendants' Counsel:**<br>Lawrence S. Lustberg, Esq.<br>Kevin W. Weber, Esq.<br>GIBBONS P.C.<br>One Gateway Center<br>Newark, New Jersey 07102 |