THE MCHATTIE LAW FIRM, LLC
550 WEST MAIN STREET
BOONTON, NEW JERSEY 07005
(v) 973.402.5505
(f) 973.400.4110

**MICHAEL V. GATTONI, ESQ.**
mgattoni@mchattielaw.com

# McHattie
## ATTORNEYS AT LAW

With Attorneys Admitted to Practice in New Jersey, New York, Florida, California & USPTO

August 13, 2020

**Via ECF**
The Honorable Madeline Cox Arleo
United States District Court Judge
District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

   Re: **Legal Capital Group, LLC v. Sean R. Callagy,** *et al.*
     **Civil Action No.: 2:20-cv-5124**

Dear Judge Cox Arleo:

  Please be advised that this firm, along with Robert & Robert PLLC, is counsel for the plaintiff Legal Capital Group, LLC ("LCG" or "Plaintiff") in the above-referenced action.

  We have conferred with defendants' counsel, Lawrence S. Lustberg, Esq., and Kevin W. Weber, Esq. of Gibbons, P.C., and in light of the parties' interest in exploring a potential resolution of this matter, jointly request that the return date of the pending Motion to Dismiss (ECF No. 14) be adjourned for thirty (30) days, to **October 8, 2020**, and that Plaintiff's time to respond thereto, including any cross-motion, be adjourned accordingly, to **September 24, 2020**. We note that the parties have agreed that further adjournments may be necessary if the parties' settlement discussions are productive. We, of course, will keep the Court advised.

  A proposed form of Order is attached.

  Should the Court have any questions, please feel free to contact this office.

              Respectfully submitted,

              */s/ Michael v. Gattoni*
              MICHAEL V. GATTONI, ESQ.

Cc: Lawrence S. Lustberg, Esq.
   Kevin W. Weber, Esq.