THE MCHATTIE LAW FIRM, LLC
Christopher J. McHattie, Esq.
(Bar No. 035251987)
550 West Main Street
Boonton, New Jersey 07005
Telephone: 973-402-5505
Facsimile: 973-400-4110

ROBERT & ROBERT PLLC
Clifford S. Robert, Esq.
Michael Farina, Esq.
(*Admitted Pro Hac Vice*)
526 RXR Plaza
Uniondale, New York 11566
Telephone: 516-832-7000
Fascimile: 516-832-7080

*Attorneys for Legal Capital Group, LLC*

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| LEGAL CAPITAL GROUP, LLC,<br><br>                *Plaintiff*,<br><br>   v.<br><br>SEAN R. CALLAGY, THE LAW OFFICES OF SEAN R. CALLAGY, ESQ and CALLAGY LAW PC,<br><br>                *Defendants*. | CIVIL ACTION NO.: 2:20-cv-5124<br><br> <ins>**ORDER ADJOURNING<br>MOTION TO DISMISS**</ins> |

      **THIS MATTER** having been brought before the Court by The McHattie Law Firm, LLC, attorneys for plaintiff Legal Capital Group, LLC ("Plaintiff"), upon joint application for an Order adjourning the return date of Defendants' pending Motion to Dismiss (ECF No. 14), and good cause having been shown,

      **IT IS** on this 24th  day of August, 2020,

**ORDERED** that the return date of Defendants' pending Motion to Dismiss (ECF No. 14) is hereby adjourned to **October 8, 2020**, and Plaintiff's time to respond thereto, including any cross-motion, is hereby adjourned accordingly, to **September 24. 2020**.

_____
Hon. Madeline Cox Arleo
United States District Judge