UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| **LEGAL CAPITAL GROUP, LLC,** | : | Civil Action No. 20-5124 (MCA) (MAH) |
| Plaintiff, | : | |
| v. | : | **ORDER** |
| **CALLAGY LAW, P.C., et al.,** | : | |
| Defendants. | : | |

This matter having come before the Court for a telephone status conference on November 16, 2020;

and for good cause shown,

**IT IS ON THIS 16th day of November 2020,**

**ORDERED** that by agreement of the parties, Defendants' motion to dismiss, D.E. 14, is **terminated**; and it is further

**ORDERED** that the parties have agreed that Plaintiff shall file its Second Amended Complaint by **November 20, 2020**; and it is further

**ORDERED** that Defendants shall answer, move or otherwise reply to the Second Amended Complaint within the timeframe allotted by Rule 12; and it is further

**ORDERED** that within fourteen (14) days of Defendants filing an answer, moving or otherwise replying, the parties shall inform the Court whether they have reached an agreement regarding whether discovery should be stayed pending adjudication of the motion to dismiss.

s/Michael A. Hammer
**UNITED STATES MAGISTRATE JUDGE**