# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY



**CHAMBERS OF**
**JULIEN X. NEALS**
**UNITED STATES DISTRICT JUDGE**

MARTIN LUTHER KING
BUILDING & U.S. COURTHOUSE
50 Walnut Street
Newark, NJ 07102
(973) 645-6042

August 25, 2021

## LETTER ORDER

RE:  **LEGAL CAPITAL GROUP, LLC v. CALLAGY LAW, P.C. et al**
     **Civil Action No. 20-5124 (JXN) (MAH)**

Dear Counsel:

Considering the parties' request for an extension of discovery deadlines based on progress in mediation, and in the interest of efficient case management, Defendants' Motion to Dismiss [ECF No. 28] is hereby **administratively terminated**.  If the matter does not settle by September 17, 2021, Defendants may submit a letter to the Undersigned requesting reinstatement of the Motion.

IT IS SO ORDERED.

s/ Julien Xavier Neals
**Julien Xavier Neals**
**United States District Judge**