Kevin W. Weber, Esq.
Christina M. LaBruno, Esq.
**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey 07102
(973) 596-4500
*Attorneys for Defendants*
*Sean R. Callagy, The Law Offices of*
*Sean R. Callagy, Esq., LLC, and Callagy Law PC*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| LEGAL CAPITAL GROUP, LLC,<br><br>                    Plaintiff,<br><br>         v.<br><br>SEAN R. CALLAGY, THE LAW OFFICES OF SEAN R. CALLAGY, ESQ., LLC, and CALLAGY LAW PC,<br><br>                    Defendants. | Civil Action No.: 2:20-cv-5124 (JXN)(MAH)<br><br>*Document Filed Electronically*<br><br>**DECLARATION OF KEVIN W. WEBER, ESQ. IN SUPPORT OF APPLICATION FOR ATTORNEYS' FEES** |

I, Kevin W. Weber, declare and state as follows:

1. I am an attorney at law admitted to practice before this Court and a Director at the firm Gibbons P.C., attorneys for defendants Sean R. Callagy, The Law Offices of Sean R. Callagy, Esq., LLC, and Callagy Law PC in the above captioned matter.

2. I have been practicing law since 2008 and have extensive experience litigating business and commercial matters in both federal and state courts in New Jersey and New York.

3. My associate, Christina LaBruno, has been practicing law since 2019 and has had numerous litigation matters in federal and state courts in New Jersey and New York.

1

4. I submit this fee application pursuant to the Court's September 26, 2025 Order entitling Defendants "to an award of attorney's fees and costs incurred in connection with the enforcement of the May 28 [Contempt] Order." ECF No. 272.

5. Defendants seek to recover attorney's fees for the work performed by the following attorneys from Gibbons P.C. in connection with the contempt proceedings, and request that the following hourly rates be used in calculating the fees: $685 for Kevin W. Weber, Esq. and $485 for Christina M. LaBruno, Esq.

6. Mr. Weber's and Ms. LaBruno's hourly rate rates are reasonable taking into account the attorneys' respective experience and geographic region. *See Industria De Alimentos Zenu S.A.S. v. Latinfood U.S. Corp.*, No. 16-6576 (CCC) (MAH), 2024 U.S. Dist. LEXIS 180257, at *30 (D.N.J. Oct. 2, 2024) (approving rates ranging from $590 to $995 as reasonable for the northern New Jersey legal market)

1. Pursuant to the attached invoices, Mr. Weber billed a total of 2.5 hours, which amounts to $1,712.5, and Ms. LaBruno billed a total of 6.6 hours, which amounts to $3,201. The services rendered for both Mr. Weber and Ms. LaBruno amount to $4,913.50

2. **Exhibit A** is a true and accurate compilation of the billing entries for services rendered in connection with the contempt proceedings.

*s/ Kevin W. Weber*
Kevin W. Weber, Esq.

Dated: October 10, 2025
Newark, New Jersey